Gennaro RAUSO, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Kathleen Zwierzyna, Secretary, Appellee.

No. 25 M.D. Appeal Docket 2001.

Supreme Court of Pennsylvania.

April 17, 2001.

Reargument Denied June 5, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 17th day of April, 2001, probable jurisdiction is noted and the order appealed is affirmed.